**ᗪORIGINAL**  IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DOMINION CITRUS, LTD.                    : CIVIL ACTION
Ontario Food Terminal                    :
165 The Queensway Room 304               :
Etobicoke Ontario M8Y 1H8                :
        and                              :           07 - 5 0
FRESH FRUIT S.A.                         :
Parcelle No 4 1 er Etage                 :
Nouveau Port Anza                        :
Agadir, Morocco                          :
        and                              :
AGRI SOUSS                               :
P/C Fresh Fruit S.A.                     :
Parcelle No 4 1 er Etage                 :
Nouveau Port Anza                        :
Agadir, Morocco                          :
        and                              :
EL BOURA                                 :
P/C Fresh Fruit S.A.                     :
Parcelle No 4 1 er Etage                 :
Nouveau Port Anza                        :
Agadir, Morocco                          :
        and                              :
GPA                                      :
P/C Fresh Fruit S.A.                     :
Parcelle No 4 1 er Etage                 :
Nouveau Port Anza                        :
Agadir, Morocco                          :
        and                              :
LIMONA SOUSS                             :
P/C Fresh Fruit S.A.                     :
Parcelle No 4 1 er Etage                 :
Nouveau Port Anza                        :
Agadir, Morocco                          :
        and                              :
PRIAGRUS                                 :
P/C Fresh Fruit S.A.                     :
Parcelle No 4 1 er Etage                 :
Nouveau Port Anza                        :
Agadir, Morocco                          :
        Plaintiffs                       :

FILED
2007 JAN 26 PM 1:19
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

U:\DOCS\sjg\Dominion Citrus-Badrinuth\Arrest Package, 1-25-07.wpd

v.                                              :
M/V BADRINATH. her engines,                     :
machinery, tackle, apparel, etc                 :
    and                      :
AMER SHIPPING LTD.                              :
602, Ghinis Building                            :
58-60 Dhigenis Akritas Avenue                   :
PO Box 27363, Nicosia 1644                       :
Cyprus                                          :
    and                      :
ASHWATER NAVIGATION CO. Ltd.                     :
602, Ghinis Building                            :
58-60 Dhigenis Akritas Avenue                   :
PO Box 27363, Nicosia 1644                       :
Cyprus                                          :
    and                      :
SEATRADE REEFER CHARTERING N.V.                 :
Atlantic House (4th fl.)                         :
Noorderlaan 147, PO Box 10.012                   :
2030 Antwerp 3, Belgium                          :
    and                      :
SEATRADE GROUP, INC.                            :
Atlantic House (4th fl.)                         :
Noorderlaan 147, PO Box 10.012                   :
2030 Antwerp 3, Belgium                          :
    and                      :
SEATRADE USA                                    :
442 W. Kennedy Blvd., S. 290                     :
Tampa, FL  33606 USA                             :
      Defendants.   : NO.  07-cv- *50*

## MOTION FOR ORDER AUTHORIZING
## ISSUANCE OF WARRANT FOR ARREST

Plaintiffs hereby move pursuant to Supplemental Rule C for the issuance of a warrant of

arrest of the Defendant Vessel. In support of this Motion, Plaintiffs submit an accompanying

Memorandum, a draft Order and a draft Warrant.

U:\DOCS\ajg\Dominion Citrus-Badrinath\Arrest Package. 1-25-07.wpd

WHEREFORE, Plaintiffs respectfully request that the Court grant their Motion.

Lee C. Goldstein Esq.

By: _____
Lee C. Goldstein, Esquire
615 W. 18th St.
P.O. Box 1957
Wilmington, DE
Attorney ID No. 231

MATTIONI, LTD.

BY: _____
DANTE MATTIONI, ESQUIRE
STEPHEN J. GALATI, ESQUIRE
Attorneys for Plaintiffs,

399 Market Street, Second Floor
Philadelphia, PA 19106
(215) 629-1600

Dated: January 26, 2007

U:\DOCS\sjg\Dominion Citrus-Badrinath\Arrest Package. 1-25-07.wpd