**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOMINION CITRUS, LTD.<br>Ontario Food Terminal<br>165 The Queensway Room 304<br>Etobicoke Ontario M8Y 1H8<br>and<br>FRESH FRUIT S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco<br>and<br>AGRI SOUSS<br>P/C Fresh Fruit S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco<br>and<br>EL BOURA<br>P/C Fresh Fruit S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco<br>and<br>GPA<br>P/C Fresh Fruit S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco<br>and<br>LIMONA SOUSS<br>P/C Fresh Fruit S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco<br>and<br>PRIAGRUS<br>P/C Fresh Fruit S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco | : CIVIL ACTION<br>:<br>:<br>: 07 - 50<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2007 JAN 26 PM 1:19

```
                Plaintiffs              :
        v.                              :
M/V BADRINATH. her engines,             :
machinery, tackle, apparel, etc         :
        and                             :
AMER SHIPPING LTD.                      :
602, Ghinis Building                    :
58-60 Dhigenis Akritas Avenue           :
PO Box 27363, Nicosia 1644              :
Cyprus                                  :
        and                             :
ASHWATER NAVIGATION CO. Ltd.            :
602, Ghinis Building                    :
58-60 Dhigenis Akritas Avenue           :
PO Box 27363, Nicosia 1644              :
Cyprus                                  :
        and                             :
SEATRADE REEFER CHARTERING N.V.         :
Atlantic House (4th fl.)                :
Noorderlaan 147, PO Box 10.012          :
2030 Antwerp 3, Belgium                 :
        and                             :
SEATRADE GROUP, INC.                    :
Atlantic House (4th fl.)                :
Noorderlaan 147, PO Box 10.012          :
2030 Antwerp 3, Belgium                 :
        and                             :
SEATRADE USA                            :
442 W. Kennedy Blvd., S. 290            :
Tampa, FL  33606 USA                    :
                Defendants.             : NO. 07-cv- 50
```

## MEMORANDUM IN SUPPORT OF
## MOTION FOR ORDER TO ISSUE WARRANT FOR ARREST

Plaintiffs have moved pursuant to Supplemental Rule C for this Court to issue a Warrant for the arrest of the Defendant vessel as identified in the caption (hereinafter "vessel").

The Motion is based on the Verified Complaint filed herewith, in which Plaintiffs allege that the defendants damaged and/or lost Plaintiffs' cargo which they agreed to carry from the

port(s) of loading to the port(s) of destination. Plaintiffs have a maritime lien claim against the vessel. *See, e.g., Hearty v. SS Ragunda*, 114 F.Supp. 869 (S.D.N.Y. 1983); *Oriente Commercial Inc. v. M/V Floridian*, 529 F.2d 221 (4th Cir. 1975); *All Alaskan Seafoods Inc. v. M/V Sea Producer*, 882 F.2d 425 (9th Cir. 1989) and has the right to arrest the vessel pursuant to supplemental Admiralty Rule C to enforce its maritime lien. See, *Salazar v. M/V Atlantic Sun*, 881 F.2d 73 (3rd Cir. 1989) Upon consideration of the Verified Complaint, issuance of the Warrant for arrest of the vessel is proper pursuant to Supplemental Rule C.

Plaintiffs therefore respectfully request that this Court grant their Motion.

Lee C. Goldstein Esq.

By: _____
Lee C. Goldstein, Esquire
615 W. 18th St.
P.O. Box 1957
Wilmington, DE
Attorney ID No. 231


MATTIONI, LTD.

BY: _____
DANTE MATTIONI, ESQUIRE
STEPHEN J. GALATI, ESQUIRE
Attorneys for Plaintiffs

399 Market Street, Second Floor
Philadelphia, PA 19106
(215) 629-1600

Dated: January 26, 2007

-3-