**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOMINION CITRUS, LTD.<br>Ontario Food Terminal<br>165 The Queensway Room 304<br>Etobicoke Ontario M8Y 1H8<br>  and<br>FRESH FRUIT S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco<br>  and<br>AGRI SOUSS<br>P/C Fresh Fruit S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco<br>  and<br>EL BOURA<br>P/C Fresh Fruit S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco<br>  and<br>GPA<br>P/C Fresh Fruit S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco<br>  and<br>LIMONA SOUSS<br>P/C Fresh Fruit S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco<br>  and<br>PRIAGRUS<br>P/C Fresh Fruit S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco | : CIVIL ACTION<br>:<br>:<br>:<br>: 07 - 50<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

FILED
2007 JAN 26 PM 1:19
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

|   |   |
|---|---|
| Plaintiffs | : |
| v. | : |
| M/V BADRINATH. her engines, machinery, tackle, apparel, etc | : |
| and | : |
| AMER SHIPPING LTD.<br>602, Ghinis Building<br>58-60 Dhigenis Akritas Avenue<br>PO Box 27363, Nicosia 1644<br>Cyprus | : |
| and | : |
| ASHWATER NAVIGATION CO. Ltd.<br>602, Ghinis Building<br>58-60 Dhigenis Akritas Avenue<br>PO Box 27363, Nicosia 1644<br>Cyprus | : |
| and | : |
| SEATRADE REEFER CHARTERING N.V.<br>Atlantic House (4th fl.)<br>Noorderlaan 147, PO Box 10.012<br>2030 Antwerp 3, Belgium | : |
| and | : |
| SEATRADE GROUP, INC.<br>Atlantic House (4th fl.)<br>Noorderlaan 147, PO Box 10.012<br>2030 Antwerp 3, Belgium | : |
| and | : |
| SEATRADE USA<br>442 W. Kennedy Blvd., S. 290<br>Tampa, FL 33606 USA | : |
| Defendants. | : NO. 07-cv- 50 |

## ORDER FOR ISSUANCE OF WARRANT FOR ARREST

The Verified Complaint and Motion for Issuance of Warrant for Arrest having come before the Court, and good cause appearing therefor, it is by the United States District Court for the District of Delaware hereby:

ORDERED, that the Clerk issue a Warrant for Arrest as prayed for in the Verified Complaint, pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime

Claims of the Federal Rules of Civil Procedure, in the form of such process which is exhibited hereto, and it is further

ORDERED, that any person claiming an interest in the property arrested pursuant thereto is entitled to a prompt hearing at which Plaintiffs shall be required to show why the arrest should not be vacated or other relief granted, and it is further

ORDERED, that a copy of this Order be served with the said Warrant for Arrest.

                                                                United States District Judge

Dated: January 26, 2007