

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOMINION CITRUS, LTD.<br>Ontario Food Terminal<br>165 The Queensway Room 304<br>Etobicoke Ontario M8Y 1H8<br>and<br>FRESH FRUIT S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco<br>and<br>AGRI SOUSS<br>P/C Fresh Fruit S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco<br>and<br>EL BOURA<br>P/C Fresh Fruit S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco<br>and<br>GPA<br>P/C Fresh Fruit S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco<br>and<br>LIMONA SOUSS<br>P/C Fresh Fruit S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco<br>and<br>PRIAGRUS<br>P/C Fresh Fruit S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco | : CIVIL ACTION<br>:<br>:<br>: 07 - 50<br>: |

```
                Plaintiffs                      :
            v.                                  :
M/V BADRINATH, her engines,                     :
machinery, tackle, apparel, etc                 :
        and                                     :
AMER SHIPPING LTD.                              :
602, Ghinis Building                            :
58-60 Dhigenis Akritas Avenue                   :
PO Box 27363, Nicosia 1644                      :
Cyprus                                          :
        and                                     :
ASHWATER NAVIGATION CO. Ltd.                    :
602, Ghinis Building                            :
58-60 Dhigenis Akritas Avenue                   :
PO Box 27363, Nicosia 1644                      :
Cyprus                                          :
        and                                     :
SEATRADE REEFER CHARTERING N.V.                 :
Atlantic House (4th fl.)                        :
Noorderlaan 147, PO Box 10.012                  :
2030 Antwerp 3, Belgium                         :
        and                                     :
SEATRADE GROUP, INC.                            :
Atlantic House (4th fl.)                        :
Noorderlaan 147, PO Box 10.012                  :
2030 Antwerp 3, Belgium                         :
        and                                     :
SEATRADE USA                                    :
442 W. Kennedy Blvd., S. 290                    :
Tampa, FL  33606 USA                            :
                Defendants.                     : NO.  07-cv- 50
```

## MOTION FOR ORDER AUTHORIZING ISSUANCE OF PROCESS OF MARITIME ATTACHMENT

Plaintiffs hereby move pursuant to Supplemental Rule B for the issuance of Process of Maritime Attachment for the Defendant vessel, In support of this Motion, Plaintiffs submit an accompanying Declaration, Memorandum, a draft Order and a draft Writ of Maritime Attachment.

WHEREFORE, Plaintiffs respectfully request that the Court grant their Motion.

                                               Lee C. Goldstein Esq.

                                               By: _____
                                               Lee C. Goldstein, Esquire
                                               615 W. 18th St.
                                               P.O. Box 1957
                                               Wilmington, DE
                                               Attorney ID No. 231

MATTIONI, LTD.

BY: _____
DANTE MATTIONI, ESQUIRE
STEPHEN J. GALATI, ESQUIRE
Attorneys for Plaintiffs

399 Market Street, Second Floor
Philadelphia, PA 19106
(215) 629-1600

Dated: January 26, 2007