ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DOMINION CITRUS, LTD.                    : CIVIL ACTION
Ontario Food Terminal                    :
165 The Queensway Room 304               :
Etobicoke Ontario M8Y 1H8                :                    0 7 - 5 0    —
        and                              :
FRESH FRUIT S.A.                         :
Parcelle No 4 1 er Etage                 :
Nouveau Port Anza                        :
Agadir, Morocco                          :
        and                              :
AGRI SOUSS                               :
P/C Fresh Fruit S.A.                      :
Parcelle No 4 1 er Etage                 :
Nouveau Port Anza                        :
Agadir, Morocco                          :
        and                              :
EL BOURA                                 :
P/C Fresh Fruit S.A.                      :
Parcelle No 4 1 er Etage                 :
Nouveau Port Anza                        :
Agadir, Morocco                          :
        and                              :
GPA                                      :
P/C Fresh Fruit S.A.                      :
Parcelle No 4 1 er Etage                 :
Nouveau Port Anza                        :
Agadir, Morocco                          :
        and                              :
LIMONA SOUSS                             :
P/C Fresh Fruit S.A.                      :
Parcelle No 4 1 er Etage                 :
Nouveau Port Anza                        :
Agadir, Morocco                          :
        and                              :
PRIAGRUS                                 :
P/C Fresh Fruit S.A.                      :
Parcelle No 4 1 er Etage                 :
Nouveau Port Anza                        :
Agadir, Morocco                          :

2007 JAN 26  PM 1:28
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED

Plaintiffs          :
     v.          :
M/V BADRINATH. her engines,          :
machinery, tackle, apparel, etc          :
    and          :
AMER SHIPPING LTD.          :
602, Ghinis Building          :
58-60 Dhigenis Akritas Avenue          :
PO Box 27363, Nicosia 1644          :
Cyprus          :
    and          :
ASHWATER NAVIGATION CO. Ltd.          :
602, Ghinis Building          :
58-60 Dhigenis Akritas Avenue          :
PO Box 27363, Nicosia 1644          :
Cyprus          :
    and          :
SEATRADE REEFER CHARTERING N.V.          :
Atlantic House (4th fl.)          :
Noorderlaan 147, PO Box 10.012          :
2030 Antwerp 3, Belgium          :
    and          :
SEATRADE GROUP, INC.          :
Atlantic House (4th fl.)          :
Noorderlaan 147, PO Box 10.012          :
2030 Antwerp 3, Belgium          :
    and          :
SEATRADE USA          :
442 W. Kennedy Blvd., S. 290          :
Tampa, FL 33606 USA          :
    Defendants.          : NO. 07-cv- $\mathcal{50}$

## MEMORANDUM IN SUPPORT OF
## MOTION FOR ORDER AUTHORIZING ISSUANCE OF
## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

Plaintiffs have moved pursuant to Supplemental Rule B for this Court to issue Process of

Maritime Attachment for the Defendant vessel.

The Motion is based on the Verified Complaint and Declaration filed herewith, the allegations of which are incorporated by reference as if fully set forth herein. This is a claim within the maritime jurisdiction of this Court

The Defendant vessel owner is not found within this District within the meaning of Supplemental Rule B. Upon consideration of the Verified Complaint, issuance of Process of Maritime Attachment is proper pursuant to Supplemental Rule B. Plaintiffs therefore respectfully request that this Court grant their Motion.

Lee C. Goldstein Esq.

By:

Lee C. Goldstein, Esquire
615 W. 18th St.
P.O. Box 1957
Wilmington, DE
Attorney ID No. 231

MATTIONI, LTD.

BY:

DANTE MATTIONI, ESQUIRE
STEPHEN J. GALATI, ESQUIRE
Attorneys for Plaintiffs

399 Market Street, Second Floor
Philadelphia, PA 19106
(215) 629-1600

Dated: January 26, 2007