

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOMINION CITRUS, LTD.<br>Ontario Food Terminal<br>165 The Queensway Room 304<br>Etobicoke Ontario M8Y 1H8<br>    and<br>FRESH FRUIT S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco<br>    and<br>AGRI SOUSS<br>P/C Fresh Fruit S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco<br>    and<br>EL BOURA<br>P/C Fresh Fruit S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco<br>    and<br>GPA<br>P/C Fresh Fruit S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco<br>    and<br>LIMONA SOUSS<br>P/C Fresh Fruit S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco<br>    and<br>PRIAGRUS<br>P/C Fresh Fruit S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco | : CIVIL ACTION<br>:<br>:<br>:<br>:<br>: 07 - 50   -<br>:<br>:<br>: |

|  |  |
|---|---|
| Plaintiffs | : |
| v. | : |
| M/V BADRINATH. her engines, | : |
| machinery, tackle, apparel, etc | : |
| and | : |
| AMER SHIPPING LTD. | : |
| 602, Ghinis Building | : |
| 58-60 Dhigenis Akritas Avenue | : |
| PO Box 27363, Nicosia 1644 | : |
| Cyprus | : |
| and | : |
| ASHWATER NAVIGATION CO. Ltd. | : |
| 602, Ghinis Building | : |
| 58-60 Dhigenis Akritas Avenue | : |
| PO Box 27363, Nicosia 1644 | : |
| Cyprus | : |
| and | : |
| SEATRADE REEFER CHARTERING N.V. | : |
| Atlantic House (4th fl.) | : |
| Noorderlaan 147, PO Box 10.012 | : |
| 2030 Antwerp 3, Belgium | : |
| and | : |
| SEATRADE GROUP, INC. | : |
| Atlantic House (4th fl.) | : |
| Noorderlaan 147, PO Box 10.012 | : |
| 2030 Antwerp 3, Belgium | : |
| and | : |
| SEATRADE USA | : |
| 442 W. Kennedy Blvd., S. 290 | : |
| Tampa, FL 33606 USA | : |
| Defendants. | : NO. 07-cv- 07 - 5 0 |

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE

MARSHAL OF THE DISTRICT OF DELAWARE — GREETING:

WHEREAS, a Complaint has been filed in the United States District Court for the

District of Delaware, *in rem* and *in personam*, the particulars of which are more fully described

in the Verified Complaint and praying for process of Maritime Attachment against the said Defendant vessel, and

WHEREAS, the Court having issued an Order for Issuance of process of Maritime Attachment against the said Defendant vessel;

WHEREAS, this process is issued pursuant to such prayer and requires that a Defendant vessel owner shall serve his answer within 30 days after process has been executed, by attachment;

NOW, THEREFORE, you are hereby commanded, pursuant to Federal Supplemental Rule for Admiralty and Maritime Proceedings B, to attach the Defendant vessel; and that you promptly after the execution of this process file the same in this Court with your return thereon.

Issued: January 26, 2007

Clerk — U.S. District Court

By:_____
Deputy Clerk

**Attorneys for Plaintiffs:** Lee C. Goldstein, Esquire Lee C. Goldstein, Esquire, 615 W. 18th St., P.O. Box 1957, Wilmington, DE; Dante Mattioni and Stephen J. Galati, Esquire Mattioni, Ltd., 399 Market Street - 2nd Fl., Philadelphia, PA 19106
Telephone: (215) 629-1600

**Note:** Claimant is required to file claim in the Clerk's office and to answer or except to said complaint within the times above fixed; otherwise the Plaintiffs may enter an Interlocutory or Final Judgment as may be proper.

This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.