**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOMINION CITRUS, LTD.<br>Ontario Food Terminal<br>165 The Queensway Room 304<br>Etobicoke Ontario M8Y 1H8<br>and<br>FRESH FRUIT S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco<br>and<br>AGRI SOUSS<br>P/C Fresh Fruit S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco<br>and<br>EL BOURA<br>P/C Fresh Fruit S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco<br>and<br>GPA<br>P/C Fresh Fruit S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco<br>and<br>LIMONA SOUSS<br>P/C Fresh Fruit S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco<br>and<br>PRIAGRUS<br>P/C Fresh Fruit S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco | : CIVIL ACTION<br>:<br>:<br>:  07 - 5 0<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

FILED
2007 JAN 26 PM 1:31
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| Plaintiffs | : |
| v. | : |
| M/V BADRINATH. her engines, | : |
| machinery, tackle, apparel, etc | : |
| and | : |
| AMER SHIPPING LTD. | : |
| 602, Ghinis Building | : |
| 58-60 Dhigenis Akritas Avenue | : |
| PO Box 27363, Nicosia 1644 | : |
| Cyprus | : |
| and | : |
| ASHWATER NAVIGATION CO. Ltd. | : |
| 602, Ghinis Building | : |
| 58-60 Dhigenis Akritas Avenue | : |
| PO Box 27363, Nicosia 1644 | : |
| Cyprus | : |
| and | : |
| SEATRADE REEFER CHARTERING N.V. | : |
| Atlantic House (4th fl.) | : |
| Noorderlaan 147, PO Box 10.012 | : |
| 2030 Antwerp 3, Belgium | : |
| and | : |
| SEATRADE GROUP, INC. | : |
| Atlantic House (4th fl.) | : |
| Noorderlaan 147, PO Box 10.012 | : |
| 2030 Antwerp 3, Belgium | : |
| and | : |
| SEATRADE USA | : |
| 442 W. Kennedy Blvd., S. 290 | : |
| Tampa, FL  33606 USA | : |
| Defendants. | : NO. 07-cv-50 |

## MOTION FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN

Plaintiffs hereby move for an order appointing Alpha Centurion Security, Inc., substitute custodian of the defendant vessel as set forth in the above caption. Plaintiffs herewith file an Affidavit supporting this Motion and a draft Order.

WHEREFORE, Plaintiffs respectfully request that the Court grant their Motion.

                                          Lee C. Goldstein Esq.

                                          By: _____
                                          Lee C. Goldstein, Esquire
                                          615 W. 18th St.
                                          P.O. Box 1957
                                          Wilmington, DE
                                          Attorney ID No. 231

MATTIONI, LTD.

BY: _____
DANTE MATTIONI, ESQUIRE
STEPHEN J. GALATI, ESQUIRE
Attorneys for Plaintiffs

399 Market Street, Second Floor
Philadelphia, PA 19106
(215) 629-1600

Dated: January 26, 2007