JAN-26-2007 11:51 From:ALPHA CENTURION SEC. 610 449 2010    To:2159232227    P.2
Jan-26-2007 09:32am  From-Mattioni            +2159232227        T-694  P 002/003  F-963

ORIGINAL

07-50

# UNSWORN DECLARATION OF SUBSTITUTE CUSTODIAN

My name is Joanna Small I am over the age of 21, and am competent to give this unsworn declaration under penalty of perjury. All facts stated herein are true and correct and are within my personal knowledge.

1.   I am President of Alpha Centurion Security, Inc. and am authorized to execute this Affidavit;

2.   We are familiar with the defendant vessel at least to the extent of her size, weight, construction material and apparent condition and believe that Alpha Centurion Security, Inc has adequate facilities and supervision to safely keep said vessel in place of the Marshal during the pendency of suit herein and until further order of the Court and, in this regard, declarant states that Alpha Centurion Security, Inc. will provide fire watch, gangway guardianship, periodically inspect mooring lines and perform other miscellaneous services necessary to the proper custody and safekeeping of the vessel;

3.   The total charge for said services will be $ $25.50 per hour straight time and $38.50 per hour overtime, with one hour travel time being charged per shift.

4.   Alpha Centurion Security, Inc. has liability insurance in the amount of $1,000,000.00 with a $3,000,000.00 aggregate to cover damages for loss of or injury to the defendant vessel during said custody or for damages sustained by third parties due to gross negligence of Alpha Centurion Security, Inc. or employees or agents committed during said custody;

FILED CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE 2007 JAN 26 PM 1:31

-1-

JAN-26-2007 11:51 From:ALPHA CENTURION SEC. 610 449 2010         To:2159232227          P.3
Jan-26-2007 08:32am   From-Mattioni                  +2159232227         T-684   P 003/003   F-393

5. Further, Alpha Centurion Security, Inc. agrees to accept subsequent custodianship of the defendant vessel, her engines, machinery, boilers, tackle, apparel, etc. in accordance with the Order Appointing Substitute Custodian; and

6. I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 26, 2007

                                            Alpha Centurion Security, Inc.

                                            By: *Joanna Small* (signature)
                                                Joanna Small

# ACORD. CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 03/15/2006

**PRODUCER** (610)565-8280  FAX (610)565-9685
Montgomery Insurance Services Inc
330 West State Street
Media, PA 19063
Kimberly Kennedy, CISR

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**INSURED:** Alpha-Centurion Security, Inc.
200-204 West Chester Pike
Havertown, PA 19083

**INSURERS AFFORDING COVERAGE**  NAIC #
- INSURER A: Everest Indemnity
- INSURER B: Everest National Insurance Co
- INSURER C:
- INSURER D:
- INSURER E:

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | | GENERAL LIABILITY [X] COMMERCIAL GENERAL LIABILITY [ ] CLAIMS MADE [X] OCCUR | 51GL002418-061 | 03/11/2006 | 03/11/2007 | EACH OCCURRENCE | $1,000,000 |
| | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $100,000 |
| | | | | | | MED EXP (Any one person) | $5,000 |
| | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | | | | | | GENERAL AGGREGATE | $3,000,000 |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: [ ] POLICY [ ] PROJECT [ ] LOC | | | | PRODUCTS - COMP/OP AGG | $3,000,000 |
| | | AUTOMOBILE LIABILITY [ ] ANY AUTO [ ] ALL OWNED AUTOS [ ] SCHEDULED AUTOS [ ] HIRED AUTOS [ ] NON-OWNED AUTOS | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | | | | | | BODILY INJURY (Per person) | $ |
| | | | | | | BODILY INJURY (Per accident) | $ |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | GARAGE LIABILITY [ ] ANY AUTO | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | | | | | OTHER THAN EA ACC / AUTO ONLY: AGG | $ / $ |
| | | EXCESS/UMBRELLA LIABILITY [ ] OCCUR [ ] CLAIMS MADE DEDUCTIBLE RETENTION $ | | | | EACH OCCURRENCE | $ |
| | | | | | | AGGREGATE | $ |
| | | | | | | | $ |
| | | | | | | | $ |
| B | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? If yes, describe under SPECIAL PROVISIONS below | 5300000107061 | 01/17/2006 | 01/17/2007 | [X] WC STATU- TORY LIMITS / OTH- ER | |
| | | | | | | E.L. EACH ACCIDENT | $1,000,000 |
| | | | | | | E.L. DISEASE - EA EMPLOYEE | $1,000,000 |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $1,000,000 |
| | | OTHER | | | | | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS**

**CERTIFICATE HOLDER**

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL __10__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO MAIL SUCH NOTICE SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

**AUTHORIZED REPRESENTATIVE**
Kimberly Kennedy, CISR

ACORD 25 (2001/08)                                                  © ACORD CORPORATION 1988