**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOMINION CITRUS, LTD.<br>Ontario Food Terminal<br>165 The Queensway Room 304<br>Etobicoke Ontario M8Y 1H8<br>    and<br>FRESH FRUIT S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco<br>    and<br>AGRI SOUSS<br>P/C Fresh Fruit S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco<br>    and<br>EL BOURA<br>P/C Fresh Fruit S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco<br>    and<br>GPA<br>P/C Fresh Fruit S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco<br>    and<br>LIMONA SOUSS<br>P/C Fresh Fruit S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco<br>    and<br>PRIAGRUS<br>P/C Fresh Fruit S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco | : CIVIL ACTION<br>:<br>:<br>:<br>:<br>: 07 - 50<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

FILED
2007 JAN 26 PM 1:19
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

```
         Plaintiffs                          :
    v.                                       :
M/V BADRINATH, her engines,                  :
machinery, tackle, apparel, etc              :
         and                                 :
AMER SHIPPING LTD.                           :
602, Ghinis Building                         :
58-60 Dhigenis Akritas Avenue                :
PO Box 27363, Nicosia 1644                   :
Cyprus                                       :
         and                                 :
ASHWATER NAVIGATION CO. Ltd.                 :
602, Ghinis Building                         :
58-60 Dhigenis Akritas Avenue                :
PO Box 27363, Nicosia 1644                   :
Cyprus                                       :
         and                                 :
SEATRADE REEFER CHARTERING N.V.              :
Atlantic House (4th fl.)                     :
Noorderlaan 147, PO Box 10.012               :
2030 Antwerp 3, Belgium                      :
         and                                 :
SEATRADE GROUP, INC.                         :
Atlantic House (4th fl.)                     :
Noorderlaan 147, PO Box 10.012               :
2030 Antwerp 3, Belgium                      :
         and                                 :
SEATRADE USA                                 :
442 W. Kennedy Blvd., S. 290                 :
Tampa, FL  33606 USA                         :
         Defendants.                         : NO. 07-cv- 50
```

## WARRANT FOR ARREST IN ACTION IN REM

THE PRESIDENT OF THE UNITED STATES OF AMERICA TO THE MARSHAL OF THE DISTRICT OF DELAWARE – GREETING:

WHEREAS, a Complaint has been filed in the United States District Court for this District, the particulars of which are set forth in the Verified Complaint against the Defendant vessel set forth in the caption *in rem* (hereinafter "vessel"), upon an admiralty and maritime

claim for the reasons and causes in said Complaint mentioned, and praying for process of warrant for the arrest of said vessel and that all persons interested in the said vessel may be cited in general and special to answer the premises and all proceedings be had; and

WHEREAS, the Court having issued an Order for Issuance of Warrant for Arrest;

NOW, THEREFORE, you are hereby commanded to take into your possession the above-named vessel, and to detain the same in your custody until further order of this Court to answer the complaint, and that you promptly after execution of this process file same in this Court with your return thereon.

WHEREAS, this process is issued pursuant to such prayer and requires that any Claimant to the vessel shall serve his claim to the vessel within 10 days after process has been executed, and shall serve an answer within 20 days after the filing of the claim.

Clerk – U. S. District Court

By: *Deborah L Krett*
Deputy Clerk

Issued: January 26, 2007

**Attorneys for Plaintiffs:** Lee C. Goldstein, Esquire Lee C. Goldstein, Esquire, 615 W. 18th St., P.O. Box 1957, Wilmington, DE; Dante Mattioni and Stephen J. Galati, Esquire Mattioni, Ltd., 399 Market Street - 2nd Fl., Philadelphia, PA 19106
Telephone: (215) 629-1600

**Note:** Claimant is required to file claim in the Clerk's office and to answer or except to said complaint within the times above fixed; otherwise the Plaintiffs may enter an Interlocutory or Final Judgment as may be proper.

This Warrant is issued pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.