**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOMINION CITRUS, LTD.<br>Ontario Food Terminal<br>165 The Queensway Room 304<br>Etobicoke Ontario M8Y 1H8<br>    and<br>FRESH FRUIT S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco<br>    and<br>AGRI SOUSS<br>P/C Fresh Fruit S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco<br>    and<br>EL BOURA<br>P/C Fresh Fruit S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco<br>    and<br>GPA<br>P/C Fresh Fruit S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco<br>    and<br>LIMONA SOUSS<br>P/C Fresh Fruit S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco<br>    and<br>PRIAGRUS<br>P/C Fresh Fruit S.A.<br>Parcelle No 4 1 er Etage<br>Nouveau Port Anza<br>Agadir, Morocco | : CIVIL ACTION<br>:<br>:<br>:<br>:<br>: 07 - 50<br>: |

FILED
2007 JAN 26 PM 1:19
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

|                                       |   |
|---------------------------------------|---|
| Plaintiffs                            | : |
| v.                                    | : |
| M/V BADRINATH, her engines,           | : |
| machinery, tackle, apparel, etc       | : |
| and                                   | : |
| AMER SHIPPING LTD.                    | : |
| 602, Ghinis Building                  | : |
| 58-60 Dhigenis Akritas Avenue         | : |
| PO Box 27363, Nicosia 1644            | : |
| Cyprus                                | : |
| and                                   | : |
| ASHWATER NAVIGATION CO. Ltd.          | : |
| 602, Ghinis Building                  | : |
| 58-60 Dhigenis Akritas Avenue         | : |
| PO Box 27363, Nicosia 1644            | : |
| Cyprus                                | : |
| and                                   | : |
| SEATRADE REEFER CHARTERING N.V.       | : |
| Atlantic House (4th fl.)              | : |
| Noorderlaan 147, PO Box 10.012        | : |
| 2030 Antwerp 3, Belgium               | : |
| and                                   | : |
| SEATRADE GROUP, INC.                  | : |
| Atlantic House (4th fl.)              | : |
| Noorderlaan 147, PO Box 10.012        | : |
| 2030 Antwerp 3, Belgium               | : |
| and                                   | : |
| SEATRADE USA                          | : |
| 442 W. Kennedy Blvd., S. 290          | : |
| Tampa, FL 33606 USA                   | : |
| Defendants.                           | : NO. 07-cv- 50 |

## ORDER FOR APPOINTMENT OF SUBSTITUTE CUSTODIAN

The Court having ordered that a Warrant of Arrest and/or Writ of Attachment be issued against the defendant vessel; and

The Motion of Plaintiffs for Appointment of Substitute Custodian having come before the Court, Plaintiffs having represented that it is most suitable for Alpha Centurion Security, Inc. to

be appointed as substitute custodian, and Plaintiffs having agreed to release the United States and the Marshal from any and all liability and responsibility arising out of the care and custody of the defendant vessel (hereinafter "vessel") from the time the Marshal transfers custody of said vessel over to the substitute custodian, and Plaintiffs having further agreed to hold harmless and indemnify the United States and the Marshal from any and all claims whatsoever arising out of the substitute custodian's possession and safekeeping of the vessel, it is by the United States District Court for this District hereby:

ORDERED, that the United States Marshal for this District be authorized and directed to surrender the possession and custody of the vessel to Alpha Centurion Security, Inc. as substitute custodian, and it is further

ORDERED, that upon such surrender the Marshal shall be discharged from his duties and responsibilities for safekeeping of the vessel and held harmless from any and all claims arising whatever out of said substituted possession and safekeeping of the vessel, and it is further

ORDERED, that said vessel shall remain in the custody of the substitute custodian pending further order of this Court, and it is further

ORDERED, that so long as the vessel is under arrest and may not move or leave the waters of this District without the prior approval of this Court, unless an emergency arises, but may move to an appropriate anchorage or other location within this District with the permission of Plaintiffs' counsel, and it is further

ORDERED that the United States Marshal shall serve a copy of this Order, the said Warrant of Arrest and Writ of Attachment and a copy of the Summons and Complaint upon the

Master, or other ranking officer or caretaker of the vessel, and shall make due and prompt return.

_____
United States District Judge

Dated: January 26, 2007