IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOMINION CITRUS, LTD., *et al.* | : CIVIL ACTION |
| Plaintiffs | : |
| v. | : |
| M/V BADRINATH. her engines, | : |
| machinery, tackle, apparel, etc. *et al.* | : |
| Defendants. | : NO. 07-cv- 50 |

**ORDER TO SUBSTITUTE THE MASTER OF THE DEFENDANT VESSEL AS SUBSTITUTE CUSTODIAN OF THE VESSEL IN PLACE OF ALPHA CENTURION SECURITY, INC.**

On January 26, 2007, the Court having ordered that a Warrant of Arrest and/or Writ of Attachment be issued against the defendant vessel; and

On January 26, 2007, the Court having granted Plaintiff's Motion for Appointment of Substitute Custodian and having issued an Order For Appointment of Substitute Custodian; and

The U.S. Marshal having arrested and attached the Defendant vessel and having transferred the custody of said vessel to Alpha Centurion Security, Inc. as the substitute custodian of the vessel; and

The Plaintiffs having now moved for the Master of the vessel Badrinath to be appointed substitute custodian of the vessel in place of Alpha Centurion Security, Inc. it is hereby:

ORDERED, that the Plaintiffs' Motion for The Substitution of The Master of Vessel as Substitute Custodian is hereby GRANTED, and it is further

ORDERED, that the Master of the vessel is appointed substitute custodian of the defendant vessel and Alpha Centurion Security, Inc. is relieved of its obligations as substitute custodian, and it is further

ORDERED, that except for the replacement of Alpha Centurion Security, Inc. by the Master of the defendant vessel as substitute custodian, the terms of the Court's Order of January 26, 2007 for Appointment of Substitute Custodian, shall remain in effect, namely that:

1) the Marshal shall continue to be discharged from his duties and responsibilities for safekeeping of the vessel and held harmless from any and all claims arising whatever out of said substituted possession and safekeeping of the vessel;

2) that said vessel shall remain in the custody of the substitute custodian pending further order of this Court; and

3) that so long as the vessel is under arrest it may not move or leave the waters of this District without the prior approval of this Court, unless an emergency arises, but may move to an appropriate anchorage or other location within this District with the permission of Plaintiffs' counsel.

Joseph J. Farnan Jr.
United States District Judge
2/22/07