UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| DOMINION CITRUS, LTD., FRESH FRUIT S.A., AGRI SOUSS, EL BOURA, GPA, LIMONA SOUSS, and PRIAGRUS : <br><br> Plaintiffs : <br> v. : <br><br> M/V BADRINATH, her engines, machinery, tackle, apparel, etc., AMER SHIPPING LTD., ASHWATER NAVIGATION CO., LTD., SEATRADE REEFER CHARTERING N.V., SEATRADE GROUP INC. and SEATRADE USA : <br><br> Defendants : | CIVIL ACTION <br> 1:07-cv-00050-JJF |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Frank P. DeGiulio to represent Ashwater Navigation Co., Ltd. in this action.

Respectfully submitted,

PALMER BIEZUP & HENDERSON LLP

Date: February 22, 2007

By: _____
Michael B. McCauley
1223 Foulk Road
Wilmington, DE 19803
(302) 594-0895
(302) 478-7625 (fax)
Attorneys for Defendant,
Ashwater Navigation Co., Ltd.

PBH: 188759.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, the State of New Jersey, the State of Maryland, the United States Court of Appeals for the Third Circuit, the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the District of New Jersey, and the United States District Court for the District of Maryland and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 will be submitted to the Clerk of Court upon the filing of this Motion.

Date: February 22, 2007

Frank P. DeGiulio
PALMER BIEZUP & HENDERSON LLP
620 Chestnut Street
956 Public Ledger Building
Philadelphia, PA 19106
(215) 625-9900
(215) 625-0185 (fax)

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Date: _____                                  _____
                                                       United States District Judge