IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOMINION CITRUS, LTD., et. al<br>　　　Plaintiffs<br>　　v.<br>M/V BADRINATH, her engines,<br>machinery, tackle, apparel, etc, et al.<br>　　　Defendants. | : CIVIL ACTION<br>:<br>:<br>:<br>:<br>: NO. 07-cv-50 |

### REQUEST TO RELEASE VESSEL

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to an agreement by and between the parties to remove the Arrest and Attachment of the Defendant vessel without prejudice to the parties hereto, we hereby request that a Writ to Restore be issued directing the Marshal to remove the vessel from Arrest and Attachment.

　　　　　　　　　　　　　　　　　　　　Lee C. Goldstein Esq.

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Lee C. Goldstein, Esquire
　　　　　　　　　　　　　　　　　　　　615 W. 18th St.
　　　　　　　　　　　　　　　　　　　　P.O. Box 1957
　　　　　　　　　　　　　　　　　　　　Wilmington, DE
　　　　　　　　　　　　　　　　　　　　Attorney ID No. 231

MATTIONI, LTD.

BY: _____
DANTE MATTIONI, ESQUIRE
STEPHEN J. GALATI, ESQUIRE
Attorneys for Plaintiffs
399 Market Street, Second Floor
Philadelphia, PA 19106
(215) 629-1600

Dated: February 7, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOMINION CITRUS, LTD., et. al<br>Plaintiffs<br>v.<br>M/V BADRINATH. her engines,<br>machinery, tackle, apparel, etc, et al.<br>Defendants. | : CIVIL ACTION<br>:<br>:<br>:<br>:<br>:<br>: NO. 07-cv- 50 |

## WRIT TO RESTORE

The Judges of the District Court of the United States for the District of Delaware

TO THE MARSHAL OF THE SAME DISTRICT, GREETING:

YOU are hereby commanded to deliver and restore unto John Doe, Master, the defendant vessel with her tackle, apparel and furniture engines, boilers and machinery, or so much thereof which is now in your custody and possession, by virtue of a Warrant of Arrest and/or Writ of Attachment issued out of said Court, in the above captioned suit.

And how you shall have executed this writ, make return to me on _____.

                                              Given under the seal of said Court, at
                                              Wilmington, DE on _____,

                                              _____
                                              BY:                        ,Deputy Clerk
                                              United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOMINION CITRUS, LTD., et. al<br>    Plaintiffs<br>    v.<br>M/V BADRINATH. her engines,<br>machinery, tackle, apparel, etc, et al.<br>    Defendants. | : CIVIL ACTION<br>:<br>:<br>:<br>:<br>:<br>: NO. 07-cv- 50 |

**WRIT TO RESTORE**

The Judges of the District Court of the United States for the District of Delaware

TO THE MARSHAL OF THE SAME DISTRICT, GREETING:

YOU are hereby commanded to deliver and restore unto John Doe, Master, the defendant vessel with her tackle, apparel and furniture engines, boilers and machinery, or so much thereof which is now in your custody and possession, by virtue of a Warrant of Arrest and/or Writ of Attachment issued out of said Court, in the above captioned suit.

And how you shall have executed this writ, make return to me on _____.

                                  Given under the seal of said Court, at
                                  Wilmington, DE on _____,


                                  _____
                                  BY:                                    ,Deputy Clerk
                                  United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOMINION CITRUS, LTD., et. al<br>    Plaintiffs<br>    v.<br>M/V BADRINATH, her engines,<br>machinery, tackle, apparel, etc, et al.<br>    Defendants. | : CIVIL ACTION<br>:<br>:<br>:<br>:<br>: NO. 07-cv-50 |

### REQUEST TO RELEASE VESSEL

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Pursuant to an agreement by and between the parties to remove the Arrest and Attachment of the Defendant vessel without prejudice to the parties hereto, we hereby request that a Writ to Restore be issued directing the Marshal to remove the vessel from Arrest and Attachment.

Lee C. Goldstein Esq.

By: _____
Lee C. Goldstein, Esquire
615 W. 18th St.
P.O. Box 1957
Wilmington, DE
Attorney ID No. 231

MATTIONI, LTD.

BY: _____
DANTE MATTIONI, ESQUIRE
STEPHEN J. GALATI, ESQUIRE
Attorneys for Plaintiffs
399 Market Street, Second Floor
Philadelphia, PA 19106
(215) 629-1600

Dated: February 7, 2007