**MATTIONI, LTD.**
Stephen J. Galati, Esquire
Identification No.: 48059
399 Market Street, Second Floor
Philadelphia, PA 19106
(215) 629-1600

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOMINION CITRUS, LTD., *et al.* <br> *Plaintiffs* <br> v. <br> M/V BADRINATH, her engines, <br> machinery, tackle, apparel, etc. *et al.* <br> *Defendants.* | : CIVIL ACTION <br> : <br> : <br> : <br> : <br> : NO. 07-cv- 50 |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Stephen J. Galati, to represent plaintiffs Dominion Citrus, Ltd., Fresh Fruit S.A., Agri Souss, El Boura, GPA, Limona Souss, and Priagrus, in this action.

Respectfully submitted,

LEE C. GOLDSTEIN, ATTORNEY AT LAW

By: _____
Lee C. Goldstein, Esquire
615 W. 18th Street
Wilmington, DE 19802
302-654-2690

Dated: February 23, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOMINION CITRUS, LTD., *et al.* | : CIVIL ACTION |
| Plaintiffs | : |
| v. | : |
| M/V BADRINATH. her engines, | : |
| machinery, tackle, apparel, etc. *et al.* | : |
| Defendants. | : NO. 07-cv- 50 |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, I am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, the State of New Jersey, the United States Court of Appeals for the Third Circuit, the United States District Court for the Eastern District of Pennsylvania, the United States District Court for the Western District of Pennsylvania, the United States District Court for the Southern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the District of New Jersey, and the United States District Court for the Central District of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 01/01/05. I further certify that the annual fee of $25.00 will be submitted to the Clerk of Court upon the filing of this Motion.

Respectfully submitted,

MATTIONI, LTD.

BY: _____
STEPHEN J. GALATI, ESQUIRE
*Attorney for Plaintiffs*
399 Market Street, Second Floor
Philadelphia, PA 19106
(215) 629-1600

Date: February 23, 2007

### ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** that counsel's motion for admission *pro hac vice* is granted.

Date: _____     _____
United States District Judge

## CERTIFICATE OF SERVICE

I, Stephen J. Galati, hereby certify that true and correct copies of Plaintiffs' Motion and Order for Admission of Stephen J. Galati, Esquire was this day sent by first class mail to the following attorneys:

Frank DeGuilio, Esquire
Palmer, Biezup & Henderson, LLP
Public Ledger Building
620 Chestnut Street, Suite 956
Philadelphia, PA 19106

A. Robert Degen,
Esquire Fox, Rothschild, LLP
2000 Market St. - 10th Fl.
Philadelphia, PA 19103

_____
STEPHEN J. GALATI

Date:   March 2, 2007