IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DOMINION CITRUS, LTD., et. al<br>    Plaintiffs<br>    v.<br>M/V BADRINATH. her engines,<br>machinery, tackle, apparel, etc, et al.<br>    Defendants. | : CIVIL ACTION<br>:<br>:<br>:<br>:<br>:<br>: NO. 07-cv- 50 |

## WRIT TO RESTORE

The Judges of the District Court of the United States for the District of Delaware

TO THE MARSHAL OF THE SAME DISTRICT, GREETING:

YOU are hereby commanded to deliver and restore unto John Doe, Master, the defendant vessel with her tackle, apparel and furniture engines, boilers and machinery, or so much thereof which is now in your custody and possession, by virtue of a Warrant of Arrest and/or Writ of Attachment issued out of said Court, in the above captioned suit.

And how you shall have executed this writ, make return to me ~~on~~ *no later than March 7, 2007.*

Given under the seal of said Court, at
Wilmington, DE on *March 6, 2007*,

*Deborah R Krett*
BY: _____ ,Deputy Clerk
United States District Court

-1-