IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOMINION CITRUS LIMITED, et al. | : | |
| | : | |
| Plaintiff, | : | C.A No. 07-00050 (JJF) |
| v. | : | |
| | : | |
| MV BADINRATH, et al. | : | |
| | : | |
| Defendant. | : | |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Sharon Oras Morgan, Esquire on behalf of Defendant Seatrade Reefer Chartering NV, Seatrade Group NV, and Seatrade U.S.A., Inc., in the above-captioned matter.

                                                FOX ROTHSCHILD LLP

                                                By: */s/ Sharon Oras Morgan*
                                                    Sharon Oras Morgan, Esquire (# 4287)
                                                    Citizens Bank Center, Suite 1300
                                                    919 Market Street
                                                    Wilmington, Delaware 19801
                                                    Telephone: (302) 654-7444
                                                    Facsimile: (302) 656-8920

Dated: March 13, 2007                        *Attorneys for Seatrade Reefer Chartering NV, Seatrade Group NV and Seatrade U.S.A., Inc.*

WM1A 95623v1 03/13/07

## CERTIFICATE OF SERVICE

I, Sharon Oras Morgan, Esquire, attorney for Defendants Seatrade Reefer Chartering NV, Seatrade Group NV, and Seatrade U.S.A., hereby certify that on March 13, 2007, a true and correct copy of the foregoing *Entry of Appearance of Sharon Oras Morgan,* was served via First Class Mail upon the following:

> B.C. Goldstein, Esquire
> 615 West 18th Street
> P.O. Box 1957
> Wilmington, DE
>
> Steve Galatti, Esquire
> Mattioni Limited
> 399 Market St., 2nd Fl.
> Philadelphia, PA 19106
>
> Frank DeGuillio
> Palmer Biezup and Henderson
> 620 Chestnut St., Ste 956
> Philadelphia, PA 19106

/s/ Sharon Oras Morgan
Sharon Oras Morgan