IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOMINION CITRUS LIMITED, et al. | : | |
| | : | |
| Plaintiff, | : | C.A No. 07-00050 (JJF) |
| v. | : | |
| | : | |
| MV BADRINATH, et al. | : | |
| | : | |
| Defendant. | : | |

### ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Sharon Oras Morgan, Esquire on behalf of Defendant Seatrade Reefer Chartering NV, Seatrade Group NV, and Seatrade U.S.A., Inc., in the above-captioned matter.

                                                                 **FOX ROTHSCHILD LLP**

                                                                 By: */s/ Sharon Oras Morgan*
                                                                     Sharon Oras Morgan, Esquire (# 4287)
                                                                     Citizens Bank Center, Suite 1300
                                                                     919 Market Street
                                                                     Wilmington, Delaware 19801
                                                                     Telephone: (302) 654-7444
                                                                     Facsimile: (302) 656-8920

                                                                    *Attorneys for Seatrade Reefer Chartering NV, Seatrade Group NV and Seatrade U.S.A., Inc.*

Dated: March 13, 2007

WM1A 95623v1 03/13/07

## CERTIFICATE OF SERVICE

I, Sharon Oras Morgan, Esquire, attorney for Defendants Seatrade Reefer Chartering NV, Seatrade Group NV, and Seatrade U.S.A., hereby certify that on March 13, 2007, two true and correct copies of the foregoing *Entry of Appearance of Sharon Oras Morgan,* was served via First Class Mail upon the following:

>B.C. Goldstein, Esquire
>615 West 18th Street
>P.O. Box 1957
>Wilmington, DE  19801
>
>Steve Galatti, Esquire
>Mattioni Limited
>399 Market St., 2nd Fl.
>Philadelphia, PA 19106
>
>
>Frank DeGuillio
>Palmer Biezup and Henderson
>620 Chestnut St., Ste 956
>Philadelphia, PA 19106

>/s/ Sharon Oras Morgan
>Sharon Oras Morgan