**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF Dominion Citrus et al. | COURT CASE NUMBER 07-50 |
|---|---|
| DEFENDANT M/V Badrinath et al | TYPE OF PROCESS |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

M/V Badrinath

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Port of Wilmington

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Stephen J. Galati
Mattioni, Ltd.
399 Market St.
Philadelphia, PA 19106

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please ~~re~~ serve writ to restore on vessel Badrinath at Wilmington Marine Terminal (after receipt from court)

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 609-870-1192
DATE: 3/5/07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 15 | District to Serve No. 15 | Signature of Authorized USMS Deputy or Clerk BF | Date 3-6-07 |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Andrejs Borisovs, Captain

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 3/6/07   Time: 1430 pm

Signature of U.S. Marshal or Deputy: Barbara Fahey

| Service Fee 90.00 | Total Mileage Charges (including endeavors) 4.85 | Forwarding Fee | Total Charges 94.85 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

REMARKS: