## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that service of a true and correct copy of Answer to Complaint with Crossclaim was made to the below-listed counsel via United States First-Class Mail, postage prepaid, as follows:

Lee C. Goldstein, Esquire
615 W. 18th Street
P.O. Box 1957
Wilmington, DE 19802

Stephen J. Galati, Esquire
Mattioni, Ltd.
399 Market Street, Second Floor
Philadelphia, PA 19106

Sharon Oras Morgan, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 1300
Wilmington, DE 19801

I certify under penalty of perjury that the foregoing is true and correct.

Executed on April 12, 2007.

Respectfully Submitted,

PALMER BIEZUP & HENDERSON LLP

By: /s/ Michael B. McCauley
    Michael B. McCauley (ID 2416)
    1223 Foulk Road
    Wilmington, DE 19803
    (302) 594-0895
    (302) 478-7625 (fax)
    mccauley@pbh.com

    Attorneys for Defendant,
    Ashwater Navigation Co., Ltd.

PBH: 189490.1