IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DOMINION CITRUS LIMITED, et al. :
:
        Plaintiff, : C.A No. 07-00050 (JJF)
v. :
:
MV BADRINATH, et al. :
:
        Defendant. :

## NOTICE OF SERVICE

The undersigned hereby certifies that on the 13th day of September, 2007, the **FIRST SET OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS OF DEFENDANTS SEATRADE REEFER CHARTERING NV, SEATRADE GROUP, INC. AND SEATRADE U.S.A. DIRECTED TO DEFENDANT ASHWATER NAVIGATION CO., LTD.** was served upon the following counsel of record via First Class U.S. Mail:

    Lee C. Goldstein, Esquire
    615 West 18th Street
    P.O. Box 1957
    Wilmington, DE 19801

    Steve Galatti, Esquire
    Mattioni Limited
    399 Market St., 2nd Fl.
    Philadelphia, PA 19106

    Frank DeGuillio, Esquire
    Palmer Biezup & Henderson LLP
    620 Chestnut St., Ste 956
    Philadelphia, PA 19106

Michael B. McCauley, Esquire
Palmer Biezup & Henderson LLP
1223 Foulk Road
Wilmington, DE 19803

FOX ROTHSCHILD LLP

By: _____
Sharon Morgan (Del. Bar No. 4287)
Citizens Bank Center
Suite 1300
919 North Market Street
Wilmington, DE 19801-2323
Phone: (302) 652-6477
Fax: (302) 656-8920

Attorneys for Defendants Seatrade Reefer Chartering NV, Seatrade Group, Inc., and Seatrade U.S.A.