**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

DOMINION CITRUS, LTD.,                    :
et al.,                                                    :            CIVIL ACTION
                                                              :            1:07-cv-00050-JJF
                            Plaintiffs              :
              v.                                         :
                                                              :
M/V BADRINATH, her engines,        :
machinery, tackle, apparel, etc.,          :
et al.,                                                    :
                                                              :
                            Defendants             :

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that service of a true and correct copy of    **First**

**Request for Production of Documents of Defendant Ashwater Navigation Co., Ltd. To**

**Plaintiffs** was made to the below-listed counsel via United States First-Class Mail, postage prepaid

on September 19, 2007:

Lee C. Goldstein, Esquire
615 W. 18th Street
P.O. Box 1957
Wilmington, DE 19802

Stephen J. Galati, Esquire
Mattioni, Ltd.
399 Market Street, Second Floor
Philadelphia, PA 19106

Sharon Oras Morgan, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 1300
Wilmington, DE 19801

PBH: 192423.1

PALMER BIEZUP & HENDERSON LLP

By:  /s/Michael B. McCauley
      Michael B. McCauley (ID 2416)
      1223 Foulk Road
      Wilmington, DE 19803
      (302) 594-0895
      (302) 478-7625 (fax)
      mccauley@pbh.com

      Attorneys for Defendant,
      Ashwater Navigation Co., Ltd.