UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOMINION CITRUS, LTD., et al., | : | CIVIL ACTION |
| | : | 1:07-cv-00050-JJF |
| Plaintiffs | : | |
| v. | : | |
| M/V BADRINATH, her engines, machinery, tackle, apparel, etc., et al., | : | |
| Defendants | : | |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that service of a true and correct copy of **First Set of Interrogatories Directed to Plaintiffs by Defendant Ashwater Navigation Co., Ltd.** was made to the below-listed counsel via United States First-Class Mail, postage prepaid on September 19, 2007:

Lee C. Goldstein, Esquire
615 W. 18th Street
P.O. Box 1957
Wilmington, DE 19802

Stephen J. Galati, Esquire
Mattioni, Ltd.
399 Market Street, Second Floor
Philadelphia, PA 19106

Sharon Oras Morgan, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 1300
Wilmington, DE 19801

PBH: 192423.1

PALMER BIEZUP & HENDERSON LLP


By: /s/Michael B. McCauley
    Michael B. McCauley (ID 2416)
    1223 Foulk Road
    Wilmington, DE 19803
    (302) 594-0895
    (302) 478-7625 (fax)
    mccauley@pbh.com

    Attorneys for Defendant,
    Ashwater Navigation Co., Ltd.

PBH: 192423.1