UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DOMINION CITRUS, LTD., et al., | : : : : | CIVIL ACTION 1:07-cv-00050-JJF |
| Plaintiffs | : : | |
| v. | : : | |
| M/V BADRINATH, her engines, machinery, tackle, apparel, etc., et al., | : : : : | |
| Defendants | : : | |

**NOTICE OF MOTION**

Please take Notice that on June 6, 2008 at 2:00pm, or as soon thereafter as counsel may be heard, that Defendant Ashwater Navigation Co., Ltd., shall move the United States District Court for the District of Delaware, the Honorable Joseph J. Farnan, Jr., for an Order compelling Plaintiffs' response to Defendant's Interrogatories.

PALMER BIEZUP & HENDERSON LLP

By: /s/ Michael B. McCauley
Michael B. McCauley (ID 2416)
1223 Foulk Road
Wilmington, DE 19803
(302) 594-0895
(302) 478-7625 (fax)
mccauley@pbh.com

Attorneys for Defendants,
Ashwater Navigation Co., Ltd.
and M/V BADRINATH

PBH: 196494.1

OF COUNSEL:

Frank P. DeGiulio
PALMER BIEZUP & HENDERSON LLP
620 Chestnut Street, 956 Public Ledger Building
Philadelphia, PA  19106
(215) 625-9900

PBH: 196494.1

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that service of a true and correct copy of the foregoing Notice of Motion was made to the below-listed counsel via United States First-Class Mail, postage prepaid, as follows:

Lee C. Goldstein, Esquire
615 W. 18th Street
P.O. Box 1957
Wilmington, DE 19802

Stephen J. Galati, Esquire
Mattioni, Ltd.
399 Market Street, Second Floor
Philadelphia, PA 19106

Sharon Oras Morgan, Esquire
Fox Rothschild LLP
919 North Market Street, Suite 1300
Wilmington, DE 19801

I certify under penalty of perjury that the foregoing is true and correct.

Executed on May 1, 2008.

PALMER BIEZUP & HENDERSON LLP

By:  /s/ Michael B. McCauley
Michael B. McCauley (ID 2416)
1223 Foulk Road
Wilmington, DE 19803
(302) 594-0895
(302) 478-7625 (fax)
mccauley@pbh.com

Attorneys for Defendants,
Ashwater Navigation Co., Ltd.
and M/V BADRINATH

PBH: 196494.1