

# PALMER
Attorneys at Law

PHILADELPHIA | NEW JERSEY | NEW YORK | DELAWARE | MARYLAND

Michael B. McCauley
*Partner*
mccauley@pbh.com

June 3, 2008

The Honorable Joseph J. Farnan, Jr.
United States District Court
Room 4124
844 N. King Street
Wilmington, DE 19801

      Re:    Dominion Citrus Ltd. et al. v. M/V Badrinath et al.
              No. 07-cv-50-JJF
              Our file: 0362-001

Dear Judge Farnan:

      We are counsel for Ashwater Navigation Co. Ltd. as owner of the M/V BADRINATH. This matter is set for hearing on a discovery motion this Friday, June 6, 2008. My colleague, Frank P. DeGiulio, Esq., is admitted *pro hac vice* in this case, is familiar with the proceedings, and is prepared to present argument at the hearing on behalf of the vessel.

      Due to a scheduling conflict, I would respectfully request leave of Court to be excused from the hearing inasmuch as Mr. DeGiulio will be presenting argument.

      Your Honor's consideration of this request is very much appreciated.

                      Respectfully,

                      PALMER BIEZUP & HENDERSON LLP

                      By: */s/ Michael B. McCauley*
                           Michael B. McCauley

MMc:lr

cc:    Lee C. Goldstein, Esq.
       Sharon Oras Morgan, Esq.
       Stephen J. Galati, Esq.

PBH: 197020.1

Palmer Biezup & Henderson LLP
1223 Foulk Road | Wilmington, Delaware 19803
P 302.594.0895 | 302.478.7443 | F 302.478.7625