LEE C. GOLDSTEIN
ATTORNEY AT LAW
615 WEST 18TH STREET
P.O. BOX 1957
WILMINGTON, DELAWARE 19899
(19802 - ZIP CODE FOR OVERNIGHT MAIL)

PHONE: (302) 654-2832
FAX: (302) 654-2940
E-MAIL: LGOLDS3790@AOL.COM

* ALSO ADMITTED IN PA

June 5, 2008

The Honorable Joseph J. Farnan, Jr.
United States District Court
Room 4124
844 N. King Street
Wilmington, DE 19801

RE:    Dominion Citrus Ltd. et al. v. M/V Badrinath et al.
       No. 07-CV-50-JJF

Dear Judge Farnan:

I am local counsel for plaintiffs in the above action. A hearing has been scheduled concerning defendants' motion to compel for Friday, June 6, 2008 at 2:00 p.m. My co-counsel, Stephen J. Galati, Esquire, who is admitted *pro hac vice* in this action will be presenting plaintiffs' position at said hearing. Accordingly, I am requesting that I be excused from attendance at said motion hearing. I apologize to the Court for this late request.

Thank you for your consideration.

Respectfully,

LEE C. GOLDSTEIN

LCG/ev

cc:    Michael B. McCauley, Esquire (by Email)
       Sharon Oras Morgan, Esquire (by Email)
       Stephen J. Galati, Esquire (by Email)